## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CHARLENE E. GRAVES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **MIDLAND FUNDING LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Funding LLC ("Midland") hereby removes this civil action from the District Court of Wyandotte County, Kansas, entitled *Graves v. Midland Funding LLC*, Case Number 14LM1878 (the "State Court Action"), to the United States District Court for the District of Kansas.  In support of this removal, Midland states as follows:

1.      Plaintiff Charlene E. Graves ("Plaintiff") filed her Petition in the State Court Action on or about April 7, 2014, purporting to assert claims against Midland for violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* (Count I), and the Kansas Consumer Protection Act ("KCPA"), K.S.A. 50-627 (Count II).

2.      Plaintiff's FDCPA claim against Midland present a federal question within this Court's original jurisdiction under 28 U.S.C. § 1331, and the Petition is therefore removable to this Court under 28 U.S.C. § 1441.

3.      Plaintiff served Midland through its Registered Agent, the Corporation Service Company, on or about April 9, 2014.  Midland had no actual or constructive knowledge of the lawsuit before service.

4.      This Notice of Removal is filed within thirty (30) days after Midland was served with a copy of Plaintiff's Petition setting forth the claims upon which this removal is based. Midland has not filed any responsive pleadings in the District Court of Wyandotte County, Kansas, prior to filing this Notice of Removal.

5.      Removal is therefore proper under 28 U.S.C. §§ 1331, 1441, and 1446.

6.      In accordance with 28 U.S.C. § 1446(d), Midland will provide written notice hereof to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the District Court of Wyandotte County, Kansas.

7.      Midland has, contemporaneously with the filing of this Notice of Removal, submitted a copy of the State Court Petition, attached hereto as "**Exhibit A**."

8.      No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendant Midland Funding LLC respectfully removes this action to this Court for further proceedings according to law.

## <u>DESIGNATION OF PLACE OF TRIAL</u>

Defendant Midland Funding LLC requests Kansas City, Kansas as the place of trial.

Dated this 8th day of May, 2014.

                              Respectfully Submitted,


                              By: ___/s/ Thomas M. Martin_____
                                      Thomas M. Martin    KS# 13620
                                      M. Cory Nelson       Kan. Dt. Ct. #78428
                                      1010 Walnut, Suite 500
                                      Kansas City, Missouri 64106
                                      (816) 421-2500 (telephone)
                                      (816) 472-2500 (facsimile)
                                      tmmartin@lrf-kc.com
                                      cnelson@lrf-kc.com
                                      7015 College Blvd., Suite 135
                                      Overland Park, Kansas 66211

                              ATTORNEYS FOR DEFENDANT


                      **CERTIFICATE OF SERVICE**

        I certify that on this 8th day of May, 2014, I electronically filed the foregoing Notice of
Removal with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have
mailed the document by first class mail, postage prepaid, to the following:

A.J. Stecklein
Michael Rapp
CONSUMER LEGAL CLINIC LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  (913) 371-0727
Facsimile:  (913) 371-0147
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

ATTORNEYS FOR PLAINTIFF


                              __/s/_ Thomas M. Martin_____
                                      Attorney for Defendant


W:\DOCS\CLIENT\9619\25295\00089753.DOCX